IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MUSTAFA-EL K.A. AJALA,
formerly known as Dennis E. Jones-El,

    Plaintiff,

v.

KELLI WEST, RICK RAEMISCH,
TODD OVERBO, PETER HUIBREGTSE,
TIM HAINES, GARY BOUGHTON,
CHARLES COLE, AMY SMITH,
GARY HAMBLIN, STEVE CASPERSON and
CATHY JESS,

    Defendants.

JUDGMENT IN A CIVIL CASE

13-cv-545-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants granting summary judgment in favor of Kelli West, Rick Raemisch, Todd Overbo, Peter Huibregtse, Tim Haines, Gary Boughton, Charles Cole, Amy Smith, Gary Hamblin, Steve Casperson and Cathy Jess and dismissing this case.

| /s/ | 4/22/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |